_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 11, 2018

Nicholas Strozza, Assistant United States Trustee
State Bar #CA 117234
Edward M. McDonald Jr., Attorney
State Bar #NY 4126009
Jared A. Day, Attorney
State Bar #CA 275687
Nick.Strozza@usdoj.gov
Edward.M.Mcdonald@usdoj.gov
Jared.A.Day@usdoj.gov
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (775) 784-5335 x 109
Facsimile:  (775) 784-5531

Attorneys for United States Trustee
Tracy Hope Davis

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In Re: | ) | Case No: BK-S-18-11402-mkn |
|---|---|---|
| | ) | Chapter: 7 |
| | ) | |
| TINA LOUISA WATSON, | ) | ORDER GRANTING US TRUSTEE'S |
| | ) | MOTION TO DENY DISCHARGE |
| | ) | UNDER 11 U.S.C. § 727(a)(8) |
| | ) | |
| | ) | |
| | ) | Hearing Date: June 6, 2018 |
| Debtor. | ) | Hearing Time: 2:30 p.m. |
| | ) | |

1

The United States Trustee's ("US Trustee") Motion to Deny Discharge pursuant to 11 U.S.C. § 727(a)(8) ("Motion") having come on for hearing after proper notice at the above stated date and time, Jared A. Day, Esq. appearing for the US Trustee, no opposition being filed, no other appearances being made, the Court having considered the pleadings filed herein and the argument of the US Trustee, having put its findings of fact and conclusions of law on the record in open court pursuant to Federal Rule of Civil Procedure 52 made applicable by Federal Rule of Bankruptcy Procedure 7052, and good cause appearing,

IT IS HEREBY ORDERED that the US Trustee's Motion is granted; and

IT IS HEREBY FURTHER ORDERED that the Debtor's discharge is denied pursuant to 11 U.S.C. § 727(a)(8).

Submitted By:

Jared A. Day, Attorney
State Bar # CA 275687
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
(775) 784-5335x109

/s/ JARED A. DAY
_____
Attorneys for United States Trustee
Tracy Hope Davis

###

2

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, the Attorney submitting this document certifies as follows:

____ The court has waived the requirement set forth in LR 9021(b)(1).

  X   No party appeared at the hearing or filed an objection to the motion.

____ I have delivered a copy of this proposed order to all Attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| NA | |
|---|---|

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of June, 2018.

/s/ JARED A. DAY
Jared A. Day
Trial Attorney for the United States Trustee
Tracy Hope Davis